# LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENT, that I,

**Karen A. Hartford-Polk, Assistant Vice President of Bank of America Corporation ("Bank of America"),** acting on behalf of Bank of America hereby appoints **The Locator Services Group, Ltd.**, in the person of one of its principal officers, as Bank of America's lawful attorney-in-fact to seek recovery of the undistributed, unclaimed, or undelivered tenders of funds of:

**Countrywide Home Loans in the amount of $2,334.06**

held by the United States, by a state, or by an agency or instrumentality of either, hereby revoking all previous powers of attorney in this regard to whomever granted.

Bank of America further grants the attorney authority to do whatever is necessary and proper to recover the aforementioned unclaimed funds only, as fully as it might or could do if acting through its own officers or agents, hereby confirming all that the attorney shall lawfully do or cause to bedone. Nevertheless, the attorney shall have no authority to incur any financial obligation or to make any expenditure on behalf of Bank of America, other than an expenditure payable from any sums recovered by virtue of the attorney's actions.

In construing this instrument where the context so requires, the singular includes the plural. This Power of Attorney shall expire 180 days from the date hereof or upon collection of the aforementioned unclaimed funds, if earlier, unless otherwise extended by an amendment, which is attached hereto.

Signed this 15 day of October, 2009

**Bank of America Corporation**

_Karen Hartford P___
Karen A. Hartford-Polk
Assistant Vice President

Federal Taxpayer ID ▇▇▇▇▇ 7665

State of <u>North Carolina</u> County of <u>Mecklenberg</u> Date: October 15, 2009

The above named <u>Karen A. Hartford-Polk</u>, known to me to be the individual described in (and holding the position designated in) the foregoing instrument, appeared before me and acknowledged the execution thereof to be his/her free act and deed.

Before me: _____
  / Notary Public

(Notary Seal) KRISTEN A. YAROMA Notary Public

My commission expires: 3/20/2014

TLSG ID: 300BOA



# LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that I,

Jeff Lambert, Vice President of Bank of America N.A. ("Bank of America"), acting on behalf of Bank of America hereby appoint **Karen Hartford Polk**, as Bank of America's lawful attorney-in-fact to seek recovery of the undistributed, unclaimed, or undelivered tenders of funds belonging to Bank of America or any of its entities or predecessors, held by the United States, by a state or local municipality, or by an agency or instrumentality of either, hereby revoking all previous powers of attorney in this regard to whomever granted.

Signed this __1__ day of __December__, 2008

Bank of America N.A.
By _____
   Jeff Lambert
   Vice President

(Affix Corporate Seal)

Bank of America N.A.                    Federal Taxpayer ID ████7665

State of <u>North Carolina</u> County of <u>Mecklenburg</u>    __December 1__, 2008

The above-named ____Jeff Lambert____ known to me to be the individual described in [and holding the position designated in] the foregoing instrument, appeared before me and acknowledged the execution thereof to be his/her free act and deed.
                                           Before me: _____
                                                       Notary Public

(Notary Seal)

My commission expires: __3/28/2009__

Bank of America

Karen Hartford Polk
Assistant Vice President
Recovery Solutions
Recovery Officer

Tel: 704.387.5985 · Fax: 704.388.2475
karen.a.hartford@bankofamerica.com

Bank of America, NC1-023-15-01
525 North Tryon Street, Charlotte, NC 28255



Bank of America

JEFF LAMBERT, CPA
Vice President
Recovery Solutions
Senior Recovery Manager

Tel: 704.387.5322 · Fax: 704.387.0682
jeffrey.lambert@bankofamerica.com

Bank of America, NC1-023-15-01
525 North Tryon Street, Charlotte, NC 28255

As filed with the Securities and Exchange Commission on July 1, 2008

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

# FORM 8-K

CURRENT REPORT
PURSUANT TO SECTION 13 OR 15(d) OF THE
SECURITIES EXCHANGE ACT OF 1934

Date of Report (Date of earliest event reported):
July 1, 2008

# BANK OF AMERICA CORPORATION
(Exact name of registrant as specified in its charter)

| Delaware | 1-6523 | 56-0906609 |
|---|---|---|
| (State of Incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**100 North Tryon Street**
**Charlotte, North Carolina 28255**
(Address of principal executive offices)
**(800) 299-2265**
(Registrant's telephone number, including area code)

**Not Applicable**
(Former name or former address, if changed since last report)

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

o   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

o   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

o   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

o   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

## ITEM 8.01. OTHER EVENTS.

As previously reported, Bank of America Corporation (the "Registrant") and Countrywide Financial Corporation ("Countrywide") announced that they had signed an Agreement and Plan of Merger pursuant to which Countrywide will merge with and into a wholly owned subsidiary of the Registrant (the "Merger").

On July 1, 2008, the Registrant issued a press release announcing that the Merger had been completed effective as of July 1, 2008. A copy of the press release announcing the closing of the Merger is filed as Exhibit 99.1 to this Current Report on Form 8-K.

## ITEM 9.01. FINANCIAL STATEMENTS AND EXHIBITS.

(d) Exhibits.

The following exhibits are filed herewith:

| EXHIBIT NO. | DESCRIPTION OF EXHIBIT |
|---|---|
| 99.1 | Press release dated July 1, 2008 |

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

BANK OF AMERICA CORPORATION

By: /s/ Teresa M. Brenner
     Teresa M. Brenner
Dated: July 1, 2008     Associate General Counsel



Exhibit 99.1

y 1, 2008

estors May Contact:
vin Stitt, Bank of America, 704.386.5667
: McEntire, Bank of America, 704.388.6780
/la Pakzad, Bank of America, 704.386.2024

porters May Contact:
)tt Silvestri, Bank of America, 1.980.388.9921
tt.silvestri@bankofamerica.com

## Bank of America Completes Countrywide Financial Purchase

ARLOTTE – Bank of America Corporation today completed its purchase of Countrywide Financial Corp. to create the nation's leading rtgage originator and servicer.

ik of America will focus on responsible home lending, serving as a reliable source of mortgages for the American consumer. Bank of ierica also will assist new and existing customers with selecting the right product to meet their needs.

ortgages are one of the three main cornerstone consumer financial products along with deposits and credit cards," said Bank of America airman and Chief Executive Officer Kenneth D. Lewis. "This purchase significantly increases Bank of America's market share in consumer l estate, and as our companies combine, we believe Bank of America will benefit from excellent systems and a broad distribution network t will offer more ways to meet our customers' credit needs."

previously announced in April, Bank of America plans to offer the following types of first-lien mortgages: conforming loans underwritten to idard guidelines of government-sponsored enterprises and the government, including FHA and VA loans and other loans designed for low- I moderate-income borrowers; non-conforming loans with terms expected to produce no greater risk of default than conforming loans; rest-only fixed-rate and adjustable-rate mortgages (ARMs) that are subject to a 10-year minimum interest-only period, which lessens the sibility of short-term payment shock, and fixed-period ARMs that provide borrowers low initial rates with the security of fixed payments, ject to protections against steep increases in payment amounts.

ik of America reiterated it will continue its long-established policy of not originating subprime mortgages. As announced previously, Bank America will discontinue certain nontraditional mortgages – including option-ARM loans. It also will significantly curtail some other itraditional mortgages, such as certain low-documentation loans and will implement enhanced borrower protections over time as part of the isition process.

ore

ge 2

untrywide's existing customers eventually will gain access to a broad set of consumer financial products such as credit cards and deposit vices.

low we begin to combine the two companies and prepare to introduce our new name and way of operating," said Barbara Desoer, president of combined mortgage, home equity and insurance businesses. "We have the opportunity to renew America's confidence in homeownership th unmatched capabilities to deliver the products homebuyers need and understand and give customers a simple process and service perience they've come to expect."

e company reiterated its combined national consumer mortgage division will be based in Calabasas, Calif. The combined company will begin ginating mortgage and home equity products under the Bank of America brand by mid-2009.

e company anticipates substantial cost savings from combining the two companies. Cost reductions will come from a range of sources, luding the elimination of positions announced last week, and the reduction of overlapping technology, vendor and marketing expenses. In dition, the company is expected to benefit by leveraging its broad product set to deepen relationships with existing Countrywide customers.

ider the terms of the agreement, shareholders of Countrywide received .1822 of a share of Bank of America stock in exchange for each share Countrywide.

previously announced in April, Bank of America will pursue a new goal to lend and invest $1.5 trillion for community development over the xt 10 years beginning in 2009. The goal will focus on affordable housing, economic development and consumer and small business lending d replace existing community development goals of both companies.

nk of America also previously announced a $35 million neighborhood preservation and foreclosure prevention package by both companies using on grants and low-cost loans to help local and national nonprofit organizations engaged in foreclosure prevention, and to purchase cant single-family homes for neighborhood preservation. The combined company will modify or workout about $40 billion in troubled rtgage loans in the next two years and these efforts will keep an estimated 265,000 customers in their homes. The combined loss mitigation ffs will be maintained at the level of more than 3,900 for at least one year.

lore

age 3

ank of America

ank of America is one of the world's largest financial institutions, serving individual consumers, small and middle market businesses and large rporations with a full range of banking, investing, asset management and other financial and risk-management products and services. The mpany provides unmatched convenience in the United States, serving more than 59 million consumer and small business relationships with ore than 6,100 retail banking offices, nearly 18,500 ATMs and award-winning online banking with nearly 25 million active users. Bank of merica is the No. 1 overall Small Business Administration (SBA) lender in the United States and the No. 1 SBA lender to minority-owned nall businesses. The company serves clients in more than 150 countries and has relationships with 99 percent of the U.S. Fortune 500 mpanies and 83 percent of the Fortune Global 500. Bank of America Corporation stock (NYSE: BAC) is a component of the Dow Jones dustrial Average and is listed on the New York Stock Exchange.

www.bankofamerica.com

###

Exhibit 21

## LIST OF COUNTRYWIDE FINANCIAL CORPORATION ENTITIES
## as of December 31, 2007

| Entity | Entity Type | State of Incorporation |
|---|---|---|
| Balboa Home Warranty Protection Company, Inc. | Corporation | California |
| Balboa Insurance Company | Corporation | California |
| Balboa Insurance Group, Inc. | Corporation | California |
| Balboa Life & Casualty LLC | Limited Liability Company | Delaware |
| Balboa Life Insurance Company | Corporation | California |
| Balboa Life Insurance Company of New York | Corporation | New York |
| Balboa Reinsurance Company | Corporation | Vermont |
| Balboa Reinsurance Company of South Carolina | Corporation | South Carolina |
| Balboa Warranty Services Corporation | Corporation | Vermont |
| Calabasas Commerce Center II Association | Non-Profit Corporation | California |
| CB Securities Holdings 1, Inc. | Corporation | Delaware |
| CB Securities Holdings 2, Inc. | Corporation | Delaware |
| CFC India Services Private Limited | Corporation | India |
| CFC International Capital Markets, Limited (fka CCM International Limited) | Company | United Kingdom |
| CFC International Mauritius Limited | Corporation | Mauritius |
| CFC International (Processing Services) Limitada | Limited Liability Company | Costa Rica |
| CHL Transfer Corp. | Corporation | Delaware |
| Countrywide Alternative Asset Management Inc. (fka CAA Management Inc. and CAI Management Inc.) | Corporation | Delaware |
| Countrywide Alternative Investments Inc. | Corporation | Delaware |
| Countrywide Asset Management Corp. | Corporation | California |
| Countrywide Bank, FSB | Federal Stock Savings Association | U.S.A |
| Countrywide Capital I | Business Trust/General | Delaware |
| Countrywide Capital II | Business Trust/General | Delaware |
| Countrywide Capital III | Business Trust/General | Delaware |
| Countrywide Capital IV | Business Trust/General | Delaware |
| Countrywide Capital IX | Business Trust/General | Delaware |
| Countrywide Capital Markets Asia (H.K.) Limited | Private Limited Company | Hong Kong |
| Countrywide Capital Markets Asia Ltd. | Corporation | Cayman Islands |
| Countrywide Capital Markets Asia Singapore Pte. Ltd. | Corporation | Singapore |
| Countrywide Capital Markets, Inc. | Corporation | California |
| Countrywide Capital V | Business Trust/General | Delaware |
| Countrywide Capital VI | Business Trust/General | Delaware |
| Countrywide Capital VII | Business Trust/General | Delaware |
| Countrywide Capital VIII | Business Trust/General | Delaware |
| Countrywide Commercial Administration LLC | Limited Liability Company | Delaware |
| Countrywide Commercial JPI LLC | Limited Liability Company | Delaware |

| Name | Type | Jurisdiction |
|---|---|---|
| Countrywide Commercial Mortgage Capital, Inc. | Corporation | Delaware |
| Countrywide Commercial Real Estate Finance, Inc. | Corporation | California |
| Countrywide Derivative Products Inc. | Corporation | Delaware |
| Countrywide Field Services Corporation | Corporation | California |
| Countrywide Financial Holding Company, Inc. | Corporation | Delaware |
| Countrywide GP, Inc. (general partner of Countrywide Home Loans Servicing LP) | Corporation | Nevada |
| Countrywide Hillcrest I, Inc. | Corporation | California |
| Countrywide Home Loans of Minnesota, Inc. | Corporation | Minnesota |
| Countrywide Home Loans of Tennessee, Inc. | Corporation | Tennessee |
| Countrywide Home Loans of Texas, Inc. | Corporation | Texas |
| Countrywide Home Loans Servicing LP | Limited Partnership | Texas |
| ➤Countrywide Home Loans, Inc. | Corporation | New York |
| Countrywide Insurance Services of Texas, Inc. | Corporation | Texas |
| Countrywide Insurance Services, Inc. | Corporation | Arizona |
| Countrywide Insurance Services, Inc. | Corporation | California |
| Countrywide International Consulting Services, LLC | Limited Liability Company | Delaware |
| Countrywide International GP Holdings, LLC | Limited Liability Company | Delaware |
| Countrywide International Holdings, Inc. | Corporation | Delaware |
| Countrywide International Technology Holding Limited | Company | Island of Guernsey |
| Countrywide Investment Services, Inc. | Corporation | Virginia |
| Countrywide JV Technology Holdings Limited | Company | Island of Guernsey |
| Countywide KB Home Loans, LLC | Limited Liability Company | Delaware |
| Countrywide LFT LLC | Limited Liability Company | Delaware |
| Countrywide LP, Inc. (limited partner of Countrywide Home Loans Servicing LP) | Corporation | Nevada |
| Countrywide Management Corporation | Corporation | Delaware |
| Countrywide Mortgage Ventures, LLC | Limited Liability Company | Delaware |
| Countrywide Portfolio Accounting Services Inc. | Corporation | Delaware |
| Countrywide Securities Corporation | Corporation | California |
| Countrywide Servicing Exchange | Corporation | California |
| Countrywide Sunfish Management LLC | Limited Liability Company | Delaware |
| Countrywide Tax Services Corporation | Corporation | California |
| Countrywide Warehouse Lending | Corporation | California |
| CSC Futures Inc. | Corporation | California |
| CTC Real Estate Services | Corporation | California |
| CW (UK) Services Limited | Company | United Kingdom |
| CW Securities Holdings, Inc. | Corporation | Delaware |
| CW TechSolutions Limited | Company | United Kingdom |
| CW UKTechnology Limited | Company | United Kingdom |
| CWABS II, Inc. | Corporation | Delaware |
| CWABS, Inc. | Corporation | Delaware |
| CWALT, Inc. | Corporation | Delaware |

| Name | Type | Jurisdiction |
|---|---|---|
| CWB Community Assets, Inc. | Corporation | Delaware |
| CWB Mortgage Ventures, LLC | Limited Liability Company | Delaware |
| CWB Venture Management Corporation | Corporation | Delaware |
| CWHEQ, Inc. | Corporation | Delaware |
| CWIBH, Inc. | Corporation | Delaware |
| CWMBS II, Inc. | Corporation | Delaware |
| CWMBS, Inc. | Corporation | Delaware |
| CWRBS, Inc. | Corporation | Delaware |
| Directnet Insurance Agency of Arizona, Inc. | Corporation | Arizona |
| Directnet Insurance Agency, Inc. | Corporation | New York |
| Effinity Financial Corporation | Corporation | Delaware |
| GHL Mortgage Originations Limited | Company | United Kingdom |
| GHL Mortgage Services Limited | Company | United Kingdom |
| GHL Payment Transmission Limited | Company | United Kingdom |
| GHL Services Limited | Company | United Kingdom |
| GHL Technology Limited Partnership | Limited Partnership | England |
| Global Home Loans Limited | Company | United Kingdom |
| GlobaLoans International Technology Limited Partnership | Limited Partnership | England |
| GlobaLoans JV Limited Partnership | Limited Partnership | England |
| HLTV Securitization Corporation | Corporation | Delaware |
| LandSafe Appraisal Services, Inc. | Corporation | California |
| LandSafe Credit, Inc. | Corporation | California |
| LandSafe Flood Determination, Inc. | Corporation | California |
| LandSafe Services of Alabama, Inc. | Corporation | Alabama |
| LandSafe Services, Inc. | Corporation | Pennsylvania |
| LandSafe Title Agency of Ohio, Inc. | Corporation | Ohio |
| LandSafe Title of California, Inc. | Corporation | California |
| LandSafe Title of Florida, Inc. | Corporation | Florida |
| LandSafe Title of Maryland, Inc. | Corporation | Maryland |
| LandSafe Title of Texas, Inc. | Corporation | Texas |
| LandSafe Title of Washington, Inc. | Corporation | Washington |
| LandSafe, Inc. | Corporation | Delaware |
| Meritplan Insurance Company | Corporation | California |
| Newport E&S Insurance Company | Corporation | Texas |
| Newport Insurance Company | Corporation | Arizona |
| Newport Management Corporation | Corporation | California |
| Park Granada LLC | Limited Liability Company | Delaware |
| Park Monaco Inc. | Corporation | Delaware |
| Park Sienna LLC | Limited Liability Company | Delaware |
| ReconTrust Company | Corporation | Nevada |
| ReconTrust Company, National Association | National Trust Bank | U.S.A. |
| The Countrywide Foundation | Non-Profit Corporation | California |
| Trusite Real Estate Services, Inc. | Corporation | California |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE

SHIRLEY A BARNHART

CASE NO.: 1-01-04985

CHAPTER 13

Debtor(s)

## ORDER

At Harrisburg, in said district, on this 9th day of AUGUST, 2004.

It appearing that the ninety day (90) period for presenting dividend checks having expired and it further appearing that there remains on deposit, to the credit of the Trustee, the sum of $2334.06

IT IS ORDERED THAT the Trustee, CHARLES J DeHART III, issue a check covering the unclaimed dividends in the amount of $2334.06 payable to Clerk, U.S. Bankruptcy Court, under the provisions of Section 347(a) of the Bankruptcy Code and forward the same to the Clerk for deposit in the United States Treasury.

The aforesaid unclaimed dividends were payable to:

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC<br>FORECLOSURE & BANKRUPTCY MGMT<br>7105 CORPORATE DRIVE PTX-B-209<br>PLANO, TX 75024 | $2334.06 |

FILED HARRISBURG PA
AUG - 9 2004
Clerk, U.S. Bankruptcy Court

BY THE COURT

*Mary D. France*
BANKRUPTCY JUDGE

HARRISBURG, PENNSYLVANIA
cc: Trustee